CHARLES D. SUSANO, JR., Chief Judge,
concurring.
I concur completely in the majority opinion. I write separately to state that I do not believe the language of Tenn.Code Ann. § 36-5-103 is broad enough to encompass a dispute between two biological parents on one side and two third persons with no custodial rights on the other. As I parse the wording of § 36-5-103, it only pertains to a dispute between spouses or a dispute between a “spouse” and an “other person to whom the custody of the child, or children, is awarded.” Since this case does not present either of these factual scenarios, I would hold, as an additional basis for' the Court’s decision, that the language of § 36-5-103 is simply not applicable to these facts. See Brewster v. Galloway, E2011-01455-COA-R3-CV, 2012 WL 2849428 at *12 (Tenn.Ct.App.E.S., filed July 11, 2012) (Susano, J., concurring).
I concur in the majority opinion.